IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEREMY T. GREENE,

    Plaintiff,

v.

                                          Case No. 20-cv-119-wmc

KEVIN A. CARR, CINDY O'DONNELL, BRAD HOMPE, BRIAN FOSTER, CAPT. TRITT, ANGELIA KROLL, T. MOON, BRETT HELMER, NEVIN WEBSTER, CATHERINE BROADBENT, NANCY SALMON, and WISCONSIN DEPARTMENT OF CORRECTIONS,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 6/28/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |